# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This document relates to<br>*Scheuber v. Coinbase, Inc. et al*<br>Case No. 1:25-cv-04151 | No. 1:25-md-03153<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Timothy Scheuber, and through his below listed counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Coinbase Global, Inc., Coinbase, Inc., and TaskUs, Inc.

DATED: December 9, 2025

Respectfully submitted,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

/s Joseph P. Guglielmo
Joseph P. Guglielmo
Ethan S. Binder
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
(212) 223-6444
jguglielmo@scott-scott.com
ebinder@scott-scott.com

John T. Jasnoch (*pro hac vice* forthcoming)
600 W. Broadway
Suite 3300
San Diego, CA 92101
(619) 233-4565
jjasnoch@scott-scott.com

*Counsel for Plaintiff Timothy Scheuber*